FEBRUARY 20, 1958

**No. 61578.**—SUIT 4929.—B. R. Anderson & Co. and Hemphill Brothers, Inc. *v.* United States.— ─C. D. 1866. (Appeal dismissed January 6, 1958.)

BEFORE THE FIRST DIVISION, FEBRUARY 26, 1958

**No. 61579.**—Manca, Inc. *v.* United States, protests 263280–K and 268084–K (New York).

· Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, parts for enlargers are properly dutiable as parts of photographic cameras under paragraph 1551, the claim of the plaintiff at 20 percent was sustained.

**No. 61580.**—Manca, Inc., et al. *v.* United States, protests 266993–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, parts for enlargers are properly dutiable as parts of photographic cameras under paragraph 1551, the claim of the plaintiffs at 20 percent was sustained.

**No. 61581.**—Manca, Inc., et al. *v.* United States, protests 266995–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, parts of enlargers are properly dutiable as parts of photographic cameras under paragraph 1551, the claim of the plaintiffs at 20 percent was sustained.

**No. 61582.**—E. Leitz, Inc., et al. *v.* United States, protests 276649–K, etc. (New York).